IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **QUDRAT ULLAH TARIQ,** *et al.*, | * | |
| **Plaintiffs,** | * | |
| v. | * | **CIVIL NO. JKB-24-3511** |
| **UNITED STATES,** | * | |
| **Defendant.** | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## MEMORANDUM AND ORDER

Plaintiff Qudrat Ullah Tariq filed suit against the United States. (ECF No. 1.) Plaintiff seeks judicial review of a fine imposed by the United States Department of Agriculture. (*See generally id.*; *see also* ECF No. 9-3.) The Court will direct Plaintiff to provide corrected summons to the Clerk. Further, it is unclear whether Plaintiff also seeks to bring suit on behalf of Sams Food Store. In any event, as a pro se litigant, he is not permitted to bring claims on behalf of an entity or on behalf of anyone other than himself. *See* Local Rule 101.1 ("Individuals who are parties in civil cases may only represent themselves . . . . All parties other than individuals must be represented by counsel."). Plaintiff will be directed to advise the Court as to the status of Sams Food Store as a party.

The Court's Local Rules provide that "the Clerk shall not issue a summons to any self-represented litigant without first obtaining an order from the Court authorizing issuance of the summons." Local Rule 103(2)(d). Here, the Complaint was filed with the full filing fee, and therefore Plaintiff bears the responsibility for effecting service of process on Defendant. Plaintiff may effect service by presenting summons to the Clerk for signature and seal and then serving a copy of the summons and Complaint on Defendant.

The summons filed by Plaintiff is defective, as the address he includes is not that of the United States Attorney for the District of Maryland. (*See* ECF No. 7-1.) He must present corrected summons. Under Federal Rule of Civil Procedure 4(i)(1):

To serve the United States, a party must:

(A) (i) deliver a copy of the summons and of the complaint to the United States attorney for the district where the action is brought—or to an assistant United States attorney or clerical employee whom the United States attorney designates in a writing filed with the court clerk—or (ii) send a copy of each by registered or certified mail to the civil-process clerk at the United States attorney's office;

(B) send a copy of each by registered or certified mail to the Attorney General of the United States at Washington, D.C.; and

(C) if the action challenges an order of a nonparty agency or officer of the United States, send a copy of each by registered or certified mail to the agency or officer.

The names and addresses for the United States Attorney General and the United States Attorney for the District of Maryland are available at: https://www.justice.gov/ and https://www.justice.gov/usao-md, respectively.

Accordingly, it is ORDERED that:

1. Plaintiff SHALL FILE a status report by April 25, 2025 regarding whether Sams Food Store remains a Plaintiff in this case. Plaintiff is reminded that he is NOT PERMITTED to represent Sams Food Store, and that he must secure the assistance of counsel should he wish for Sams Food Store to be a plaintiff.

2. Plaintiff SHALL PRESENT corrected summons to the Clerk by April 25, 2025.

3. Plaintiff is FOREWARNED that failure to provide summons to the Clerk by that date will result in dismissal of the Complaint without further notice and without prejudice.

4. The Clerk SHALL MAIL a copy of this Memorandum and Order to Plaintiff.

DATED this _11_ day of April, 2025.

                                    BY THE COURT:

                                    _/s/ James K. Bredar_
                                    James K. Bredar
                                    United States District Judge